UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61809-CIV-ZLOCH

ZEFFRY KABUL,

    Plaintiff,

vs.                                                    O R D E R

CITY OF HOLLYWOOD,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant City Of Hollywood's Motion To Dismiss Counts VI Through X (DE 11). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that the Parties filed an Agreed Order On City Of Hollywood's Motion To Dismiss Counts VI Through X As To Defendant City Of Hollywood (DE 13, Ex. 1). The Court further notes that Defendant City Of Hollywood filed a prior Motion To Dismiss Counts VI Through X (DE 3), but said Motion was not signed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Parties Agreed Order On City Of Hollywood's Motion To Dismiss Counts VI Through X As To Defendant City Of Hollywood (DE 13, Ex. 1), be and the same is hereby approved, adopted, and ratified;

    2. Counts VI through X of Plaintiff's Complaint (DE 1) be and the same are hereby **DISMISSED** without prejudice, as to Defendant

City Of Hollywood; and

3. Defendant City Of Hollywood's Motion To Dismiss Counts VI Through X (DE 3), and Defendant City Of Hollywood's Motion To Dismiss Counts VI Through X (DE 11), be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record